UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| U. S. NATIONAL BANK ASSOCIATION | CIVIL ACTION |
| VERSUS | NO. 10-1990 |
| TOM FRANKLIN | SECTION "J" (2) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that this case is REMANDED to the 342nd Judicial District Court for Tarrant County, State of Texas.

**IT IS FURTHER ORDERED** that defendant, Tom Franklin, is assessed with all costs of these proceedings, including the filing fee that was previously waived when his in forma pauperis application was granted.

New Orleans, Louisiana, this 1st day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE